

# NUMBER 13-22-00240-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF G.S., A CHILD.

## On appeal from the County Court at Law No. 5 of Nueces County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This appeal arises from the trial court's termination of mother E.S.'s parental rights over G.S., minor child.[1] On September 19, 2022, the Texas Department of Family and Protective Services (the Department) filed a Motion for Extension of Time to File Appellee's Brief in this cause. Citing the need for additional time to adequately prepare

---

[1] We refer to appellant and the child by their initials in accordance with the rules of appellate procedure. *See* TEX. R. APP. P. 9.8(b)(2).

its brief, the Department requested a ten-day extension to file its brief, making its deadline October 7, 2022 instead of September 27, 2022.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a).

This Court, having fully examined and considered the Department's motion, is of the opinion that the Department's motion for extension of time should be granted. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination and child protection cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id*. at R. 28.4.

We grant the Department's motion for extension of time and extend the Department's deadline to file its brief by ten (10) days. We thus order the Department's brief to be filed on or before October 7, 2022. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
22nd day of September, 2022.